# SCHEDULE C

SCHEDULE "C"
LEGAL DESCRIPTION

FEE, EXCLUDING MINERALS

Starr County, Texas

Tract: RGV-RGC-2012      Owner: SMV Rio Grande City LP    Acreage: 0.25

BEING a certain tract of land containing 0.25 of an acre, more or less, of 3.13 acres, more or less, Porcion 80, Starr County, Texas, being more particularly described as follows:

BEING a strip of land, approximately 30 feet in width and approximately 370 feet in length, encompassing an existing road, which crosses the land of the subject owner, and contains 0.25 of an acre, more or less, as shown on the attached map.

IT IS THE INTENT of the foregoing description to include a part of the same land as that in a Special Warranty Deed from Living Centers of Texas, Inc. to SMV Rio Grande City LP, dated December 10, 2004, and filed for record in Volume 1029, Page 583, in the Official Records of Starr County, Texas.

NOTE:  This tract is further identified in the Starr County Appraisal District records as Account No. 18698.

Tract:  RGV-RGC-2012

# SCHEDULE D

# SCHEDULE D

SCHEDULE "D"



LAND TO BE CONDEMNED

Tract:  RGV-RGC-2012
Owner:  SMV Rio Grande City LP, et al.
Acreage:  0.25
Starr County, TX
Deed Reference:  Volume 1029, Page 583, Deed Records of Starr County, Texas
Starr County Appraisal District Property Identification No. 18698

# SCHEDULE E

SCHEDULE "E"
ESTATE TAKEN

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto; reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee`s land on the other side of the border barrier; and, the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of accessing condemnee`s lands on the other side.  The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee`s remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

# SCHEDULE G

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES:

C T Corporation System, Registered Agent for
SMV Rio Grande City LP
350 North St. Paul Street
Dallas, TX  75201

SMV Rio Grande City LP
c/o Mr. Michael Hill
Troutman Sanders LLP
The Chrysler Building
405 Lexington Ave.
New York, New York 10174

Carmen Pena
Starr County Tax Assessor-Collector
401 N. Britton Avenue, Room 205
Rio Grande City, TX  78582